FILED

-2006 OCT -2   AM 10: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 04CR1765-004-JM |
| | ) |
| Plaintiff, | ) ORDER EXONERATING BAIL BOND |
| | ) |
| vs. | ) |
| | ) |
| ELAINE A. VILLALOBOS (04), | ) |
| | ) |
| Defendant. | ) |
| | ) |

Motion to Exonerate Bail Bond having been made in the above-referenced matter, the Court being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED that the bail bond for Elaine A. Villalobos in the amount of $75,000.00 is exonerated in full.

IT IS FURTHER ORDERED that the deed of trust in favor of the United States, to the real property located at 3065 Marilyn Way, Santa Barbara, CA be reconveyed to the owners, Patricia Livingston, Trustee of the Patricia Livingston 1995 Living Trust, forthwith.

SO ORDERED.

DATED: 9/29/06

HON. JEFFREY T. MILLER
UNITED STATES DISTRICT COURT